**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **FAHEEM HASSAN #A221-391-261** | **CASE NO. 6:26-CV-01104 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BRIAN PATTERSON** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Court's Memorandum Ruling [Doc. No. 22],

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Faheem Hassan's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 13th day of November, 2026.

Terry A. Doughty
United States District Judge